MARC R. SLATER v. BOARD OF ADJUSTMENT OF THE
BOROUGH OF FORT LEE.

December 12, 1983.

Petition for certification denied.

BERNARD SIMMONS v. LUCILLE SIMMONS.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID FREY.

December 12, 1983.

Petition for certification denied.

JOSEPH DISTASIO v. DORIS DISTASIO.

December 12, 1983.

Petition for certification denied.

ROBIN C. CHERRY v. POLIZZI TOWING CORPORATION.

December 12, 1983.

Petition for certification denied.